IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GEORGE E. DUNN, | 3:10-CV-6090-HU |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

    Based on the Court's Order (# 22 ) issued September 14, 2011, the Court **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 14th day of September, 2011.

                                                /s/ Anna J. Brown

                                              ANNA J. BROWN<br>
                                              United States District Judge

1  -   JUDGMENT