IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GEORGE E. DUNN,**                                    3:10-CV-6090-HU

        **Plaintiff,**                              JUDGMENT

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**

    Based on the Court's Order (#22) issued September 14, 2011, the Court **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 14th day of September, 2011.

                                                 /s/ Anna J. Brown
                                                 ANNA J. BROWN
                                                 United States District Judge

1 -   JUDGMENT